UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON ELECTION INTEGRITY COALITION UNITED, a Washington State Nonprofit Corporation; DOUG BASLER; HOWARD FERGUSON; DIANA BASS; TIMOFEY SAMOYLENKO; AMY BEHOPE; MARY HALLOWELL; SAMANTHA BUCARI; RONALD STEWART; LYDIA ZIBIN; CATHERINE DODSON,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>JULIE WISE, Directory of King County Elections; KING COUNTY, and DOES 1-30, inclusive,<br><br>　　　　　　　　Defendants. | No. 2:21-cv-01394<br><br>**NOTICE OF REMOVAL** |

TO: Clerk of the Court;

AND TO: All parties and their counsel of record.

Defendants Julie Wise, in her official capacity, and King County (hereinafter, "King County Defendants"), by and through their undersigned attorneys, hereby give notice and petition for the removal of the above-referenced action, and in support thereof, states as follows:

1.　Plaintiffs commenced the above-titled action in the Superior Court of the State of Washington for King County, under Washington Election Integrity Coalition United, et al. v. Julie Wise, et al., King County Superior Court Cause No. 21-2-12603-7 KNT on September 22,

NOTICE OF REMOVAL - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819

1    2021. Plaintiffs served the King County Defendants on September 23, 2021. This action is now pending in that Court.

2.   This notice is filed within 30 days after service of the original Summons and Complaint on the King County Defendants, pursuant to 28 U.S.C. § 1446(b), and thus, this action can be removed to this Court.

3.   This is a civil action over which this Court has original and supplemental jurisdiction under 28 U.S.C. § 1441(a) and 28 U.S.C. § 1367(a). This Court has original jurisdiction of all civil actions arising under the Constitution and laws of the United States. Plaintiffs have asserted claims that Defendants have violated the First and Fourteenth Amendments to the United States Constitution and federal law, 52 U.S.C. § 20971 and 42 U.S.C. § 1983 and § 1988. Because this Court has original jurisdiction of these claims, the entire action can be removed pursuant to 28 U.S.C. § 1441(c). Additionally, this Court has supplemental jurisdiction over Plaintiff's remaining state law claims.   In any civil action of which this Court has original jurisdiction, this Court also "shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy." 28 U.S.C. § 1367(a). Like the claims arising under the United States Constitution, Plaintiffs' state law claims arise from the same conduct that Plaintiffs allege violates the United States Constitution.  Plaintiffs' state law claims are "so related" to their federal claims as to "form part of the same case or controversy." This action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(c) and 28 U.S.C. § 1367(a).

4.   The underlying Complaint is being filed contemporaneously with this Notice of Removal as a separate attachment.  Pursuant to 28 U.S.C. § 1446(c) and LCR 101(b), the King County Defendants have also filed the Attorney Verification of State Court Record

NOTICE OF REMOVAL - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819

1  simultaneously with this Notice of Removal, as well as a copy of this Notice of Removal with
2  the King County Superior Court.
3      WHEREFORE, the King County Defendants give notice and request that the above
4  action now pending against them in the State of Washington for King County be removed to the
5  United States District Court for the Western District of Washington at Tacoma, pursuant to 28
6  U.S.C. § 1441 and § 1446.

8      DATED this 13th day of October, 2021.

9                              DANIEL T. SATTERBERG
                                King County Prosecuting Attorney

11                             By: *s/Ann M. Summers*
                                ANN M. SUMMERS, WSBA #21509
12                              DAVID J. HACKETT, WSBA #21236
                                MARI ISAACSON, WSBA #42945
13                              JANINE JOLY, WSBA #27314
                                Senior Deputy Prosecuting Attorneys
14                              Attorneys for Defendants
                                1191 Second Avenue, Suite 1700
15                              Seattle, WA 98101
                                Phone: (206) 296-0430/Fax: (206) 296-8819
16                              ann.summers@kingcounty.gov
                                david.hackett@kingcounty.gov
17                              mari.isaacson@kingcounty.gov
                                Janine.joly@kingcounty.gov

NOTICE OF REMOVAL - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF E-filing system and sent a copy of which via US Postal service to the following:

WASHINGTON ELECTION INTEGRITY COALITION UNITED
Tamborine Borrelli
13402 125th Avenue NW
Gig Harbor, WA  98329-4215

Doug Basler
Plaintiff, Pro Se
1851 Central Place S. Suite 123
Kent, WA  98032

Howard Ferguson
Plaintiff, Pro Se
4537 13th Avenue S
Seattle, WA  98108

Diana Bass
Plaintiff, Pro Se
PO Box 7364
Bellevue, WA  98008

Timofey Samoylenko
Plaintiff, Pro Se
1921 R. Street NE
Auburn, WA  98002

Amy Behope
Plaintiff, Pro Se
507 SW 302nd Street
Federal Way, WA  98023

Mary Hallowell
Plaintiff, Pro Se
17505 462nd Avenue SE
North Bend, WA  98045

NOTICE OF REMOVAL - 4

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819

1
2      Samantha Bucari
       Plaintiff, Pro Se
3      3546 S. 244th Street
       Kent, WA  98032
4      sbucari2108@gmail.com

5      Ronald Stewart
       Plaintiff, Pro Se
6      29506 51st Avenue South
       Auburn, WA  98001

7      Lydia Zibin
       Plaintiff, Pro Se
8      254 145th Place SE
       Bellevue, WA 98007
9
       Catherine Dodson
10     Plaintiff, Pro Se
       42131 212th Avenue SE
11     Enumclaw, WA 98022

12     I declare under penalty of perjury under the laws of the State of Washington that the

13  foregoing is true and correct.

14
       DATED this 13th day of October, 2021.
15

16              *s/Kris Bridgman*
                KRIS BRIDGMAN
17              Paralegal – Litigation Section
                King County Prosecuting Attorney's Office
18

19

20

21

22

23

NOTICE OF REMOVAL - 5

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819