1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WASHINGTON ELECTION INTEGRITY )
COALITION UNITED, a Washington State )
Nonprofit Corporation; DOUG BASLER; )    No. 2:21-cv-01394
HOWARD FERGUSON; DIANA BASS; )
TIMOFEY SAMOYLENKO; AMY BEHOPE; )
MARY HALLOWELL; SAMANTHA BUCARI; )    **ATTORNEY VERIFICATION OF**
RONALD STEWART; LYDIA ZIBIN; )    **STATE COURT RECORD**
CATHERIN DODSON, )
                                  )
                    Plaintiffs, )
        v.                        )
                                  )
JULIE WISE, Directory of King County )
Elections; KING COUNTY, and DOES )
1-30, inclusive, )
                                  )
                    Defendants. )
_____ )

    The undersigned hereby certifies that the documents attached hereto as Exhibit A are true

and correct copies of the complete records and proceedings known to Defendants Julie Wise,

Director of King County Elections, and King County that were filed and/or served in the state court

action titled *Washington Election Integrity Coalition United, et al, v. Julie Wise, et al., King

County*, No. 21-1-12603-1 KNT.

    DATED this 13th day of October, 2021.

DANIEL T. SATTERBERG
King County Prosecuting Attorney

ATTORNEY VERIFICATION OF STATE
COURT RECORD - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

By:  *s/Ann M. Summers*

ANN M. SUMMERS, WSBA #21509
DAVID J. HACKETT, WSBA #21236
MARI ISAACSON, WSBA #42945
JANINE JOLY, WSBA #27314
Senior Deputy Prosecuting Attorneys
Attorneys for Defendants
1191 Second Avenue, Suite 1700
Seattle, WA 98101
Phone: (206) 296-0430/Fax: (206) 296-8819
ann.summers@kingcounty.gov
david.hackett@kingcounty.gov
mari.isaacson@kingcounty.gov
Janine.joly@kingcounty.gov

ATTORNEY VERIFICATION OF STATE
COURT RECORD - 2

1

## CERTIFICATE OF SERVICE

2    I hereby certify that on October 13, 2021, I electronically filed the foregoing document

3    with the Clerk of the Court using CM/ECF E-filing System.  The foregoing document was served

4    to the following parties via First Class United States Mail:

5

6    WASHINGTON ELECTION INTEGRITY COALITION UNITED
Tamborine Borrelli
13402 125th Avenue NW

7    Gig Harbor, WA  98329-4215

8    Doug Basler
Plaintiff, Pro Se

9    1851 Central Place S. Suite 123
Kent, WA  98032

10

11    Howard Ferguson
Plaintiff, Pro Se
4537 13th Avenue S

12    Seattle, WA  98108

13    Diana Bass
Plaintiff, Pro Se

14    PO Box 7364
Bellevue, WA  98008

15

16    Timofey Samoylenko
Plaintiff, Pro Se
1921 R. Street NE

17    Auburn, WA  98002

18    Amy Behope
Plaintiff, Pro Se

19    507 SW 302nd Street
Federal Way, WA  98023

20

21    Mary Hallowell
Plaintiff, Pro Se
17505 462nd Avenue SE

22    North Bend, WA  98045

23    Samantha Bucari
Plaintiff, Pro Se

ATTORNEY VERIFICATION OF STATE
COURT RECORD - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819

1

3546 S. 244th Street
Kent, WA  98032
sbucari2108@gmail.com

2

3

Ronald Stewart
Plaintiff, Pro Se
29506 51st Avenue South
Auburn, WA  98001

4

5

6

Lydia Zibin
Plaintiff, Pro Se
254 145th Place SE
Bellevue, WA 98007

7

8

Catherine Dodson
Plaintiff, Pro Se
42131 212th Avenue SE
Enumclaw, WA 98022

9

10

I declare under penalty of perjury under the laws of the State of Washington that the

11

foregoing is true and correct.

12

13

DATED this 13th day of October, 2021.

14

15

*s/Kris Bridgman*
KRIS BRIDGMAN
Paralegal – Litigation Section
King County Prosecuting Attorney's Office

16

17

18

19

20

21

22

23

ATTORNEY VERIFICATION OF STATE
COURT RECORD - 4

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 296-0430  Fax (206) 296-8819