The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| WASHINGTON ELECTION INTEGRITY COALITION UNITED, et al., | ) | No. 2:21-cv-01394-RAJ |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | ORDER OF DISMISSAL |
| v. | ) | BETWEEN PLAINTIFF AMY |
| | ) | BEHOPE AND DEFENDANTS |
| JULIE WISE, Director of King County Elections, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

THIS MATTER having come before the Court upon the stipulation of the parties,

and the Court being fully advised, it is hereby ORDERED that Plaintiff Amy Behope's

claims against Defendants Julie Wise, King County, and Does 1-30, are DISMISSED

WITH PREJUDICE and without costs or attorney's fees.

DATED this 9th day of November, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL BETWEEN
PLAINTIFF AMY BEHOPE AND DEFENDANTS - 1