The Honorable Lauren King
United States District Court Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WASHINGTON ELECTION INTEGRITY )
COALITION UNITED, a Washington State )
Nonprofit Corporation; DOUG BASLER; ) No. 2:21-cv-01394-RAJ
HOWARD FERGUSON; DIANA BASS; )
TIMOFEY SAMOYLENKO; MARY )
HALLOWELL; SAMANTHA BUCARI; ) **SUPPLEMENTAL AUTHORITY**
RONALD STEWART; LYDIA ZIBIN; ) **IN SUPPORT OF DEFENDANTS'**
CATHERINE DODSON, ) **MOTION TO DISMISS**
 )
               Plaintiffs, )
   v. )
 )
JULIE WISE, Directory of King County )
Elections; KING COUNTY, and DOES )
1-30, inclusive, )
 )
               Defendants. )
 )

Pursuant to Fed. R. Civ. P. 7 and LCR 7(n), Defendants Wise and King County submit as relevant authority Washington Laws of 2022, Ch. 140, effective March 24, 2022, attached.

SUPPLEMENTAL AUTHORITY - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 477-1261  Fax (206) 296-0191

1  DATED this 6th day of April, 2022.

2                                              DANIEL T. SATTERBERG
                                               King County Prosecuting Attorney
3

4                                              By:   *s/ Ann Summers*
                                               ANN M. SUMMERS, WSBA #21509
5                                              DAVID J. HACKETT, WSBA #21236
                                               MARI ISAACSON, WSBA #42945
6                                              Senior Deputy Prosecuting Attorneys
                                               Attorneys for Defendants
7                                              1191 Second Avenue, Suite 1700
                                               Seattle, WA 98101
8                                              Phone: (206) 296-0430/Fax: (206) 296-0191
                                               ann.summers@kingcounty.gov
9                                              david.hackett@kingcounty.gov
                                               mari.isaacson@kingcounty.gov

SUPPLEMENTAL AUTHORITY - 2

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF E-filing system which will send notification of such filing to the following:

Virginia Pearson Shogren
VIRGINIA SHOGREN PC
961 W Oak Court
Sequim, WA 98382
vshogren@gmail.com
Attorney for Washington Election Integrity Coalition United

Kevin J. Hamilton, WSBA No. 15648
Amanda J. Beane, WSBA No. 33070
Reina A. Almon-Griffin, WSBA No. 54651
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
KHamilton@perkinscoie.com
ABeane@perkinscoie.com
RAlmon-Griffin@perkinscoie.com
Attorneys for Intervenor Washington State Democratic Central Committee

And I hereby certify that I sent a copy of the document via US Postal service to the following:

Doug Basler
Plaintiff, Pro Se
1851 Central Place S. Suite 123
Kent, WA  98032

Howard Ferguson
Plaintiff, Pro Se
4357 13th Avenue S
Seattle, WA 98108

Diana Bass
Plaintiff, Pro Se
PO Box 7364
Bellevue, WA  98008
dbcalling@protonmail.com

SUPPLEMENTAL AUTHORITY - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 477-1261  Fax (206) 296-0191

| | |
|---|---|
| 1 | Timofey Samoylenko |
| | Plaintiff, Pro Se |
| 2 | 1921 R. Street NE |
| | Auburn, WA  98002 |
| 3 | |
| | Mary Hallowell |
| 4 | Plaintiff, Pro Se |
| | 17505 462nd Avenue SE |
| 5 | North Bend, WA  98045 |
| | |
| 6 | Samantha Bucari |
| | Plaintiff, Pro Se |
| 7 | 3546 S. 244th Street |
| | Kent, WA  98032 |
| 8 | sbucari2108@gmail.com |
| | |
| 9 | Ronald Stewart |
| | Plaintiff, Pro Se |
| 10 | 29506 51st Avenue South |
| | Auburn, WA  98001 |
| 11 | |
| | Lydia Zibin |
| 12 | Plaintiff, Pro Se |
| | 254 145th Place SE |
| 13 | Bellevue, WA 98007 |
| | lydiazib@gmail.com |
| 14 | |
| | Catherine Dodson |
| 15 | Plaintiff, Pro Se |
| | 42131 212th Avenue SE |
| 16 | Enumclaw, WA 98022 |

17  I declare under penalty of perjury under the laws of the State of Washington that the

18  foregoing is true and correct.

19

20  DATED this 6th day of April, 2022.

21  _____
    JENNIFER REVAK
22  Legal Secretary – Litigation Section
    King County Prosecuting Attorney's Office

23

SUPPLEMENTAL AUTHORITY - 4

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 477-1261  Fax (206) 296-0191

CERTIFICATION OF ENROLLMENT

**HOUSE BILL 1953**

Chapter 140, Laws of 2022

67th Legislature
2022 Regular Session

BALLOTS—SENSITIVE VOTER INFORMATION—DISCLOSURE

EFFECTIVE DATE: March 24, 2022

Passed by the House February 9, 2022
  Yeas 69  Nays 26

LAURIE JINKINS
**Speaker of the House of Representatives**

Passed by the Senate March 2, 2022
  Yeas 38  Nays 10

DENNY HECK
**President of the Senate**

Approved March 24, 2022 8:59 AM

JAY INSLEE
**Governor of the State of Washington**

CERTIFICATE

I, Bernard Dean, Chief Clerk of the House of Representatives of the State of Washington, do hereby certify that the attached is **HOUSE BILL 1953** as passed by the House of Representatives and the Senate on the dates hereon set forth.

BERNARD DEAN
**Chief Clerk**

FILED

March 24, 2022

**Secretary of State**
**State of Washington**

**HOUSE BILL 1953**

Passed Legislature - 2022 Regular Session

**State of Washington        67th Legislature        2022 Regular Session**

**By** Representatives Valdez, Volz, Sutherland, and Ramel; by request of Secretary of State

Read first time 01/12/22.  Referred to Committee on State Government & Tribal Relations.

1     AN ACT Relating to exempting sensitive voter information on
2  ballot return envelopes, ballot declarations, and signature
3  correction forms from public disclosure; amending RCW 42.56.420;
4  adding a new section to chapter 29A.04 RCW; creating a new section;
5  and declaring an emergency.

6  BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF WASHINGTON:

7     **Sec. 1.**  RCW 42.56.420 and 2021 c 26 s 1 are each amended to read
8  as follows:
9     The following information relating to security is exempt from
10 disclosure under this chapter:
11    (1) Those portions of records assembled, prepared, or maintained
12 to prevent, mitigate, or respond to criminal terrorist acts, which
13 are acts that significantly disrupt the conduct of government or of
14 the general civilian population of the state or the United States and
15 that manifest an extreme indifference to human life, the public
16 disclosure of which would have a substantial likelihood of
17 threatening public safety, consisting of:
18    (a) Specific and unique vulnerability assessments or specific and
19 unique response or deployment plans, including compiled underlying
20 data collected in preparation of or essential to the assessments, or
21 to the response or deployment plans; and

(b) Records not subject to public disclosure under federal law that are shared by federal or international agencies, and information prepared from national security briefings provided to state or local government officials related to domestic preparedness for acts of terrorism;

(2) Those portions of records containing specific and unique vulnerability assessments or specific and unique emergency and escape response plans at a city, county, or state adult or juvenile correctional facility, or secure facility for persons civilly confined under chapter 71.09 RCW, the public disclosure of which would have a substantial likelihood of threatening the security of a city, county, or state adult or juvenile correctional facility, secure facility for persons civilly confined under chapter 71.09 RCW, or any individual's safety;

(3) Information compiled by school districts or schools in the development of their comprehensive safe school plans under RCW 28A.320.125, to the extent that they identify specific vulnerabilities of school districts and each individual school;

(4) Information regarding the public and private infrastructure and security of computer and telecommunications networks, consisting of security passwords, security access codes and programs, access codes for secure software applications, security and service recovery plans, security risk assessments, and security test results to the extent that they identify specific system vulnerabilities, and other such information the release of which may increase risk to the confidentiality, integrity, or availability of security, information technology infrastructure, or assets;

(5) The system security and emergency preparedness plan required under RCW 35.21.228, 35A.21.300, 36.01.210, 36.57.120, 36.57A.170, and 81.112.180;

(6) Personally identifiable information of employees, and other security information, of a private cloud service provider that has entered into a criminal justice information services agreement as contemplated by the United States department of justice criminal justice information services security policy, as authorized by 28 C.F.R. Part 20; and

(7)(a) In addition to the information in subsection (4) of this section, the following related to election security:

(((a)))(i) The continuity of operations plan for election operations and any security audits, security risk assessments, or

security test results, relating to physical security or cybersecurity of election operations or infrastructure. These records are exempt from disclosure in their entirety; ((and))

(ii) Those portions of records containing information about election infrastructure, election security, or potential threats to election security, the public disclosure of which may increase risk to the integrity of election operations or infrastructure; and

(iii) Voter signatures on ballot return envelopes, ballot declarations, and signature correction forms, including the original documents, copies, and electronic images; and a voter's phone number and email address contained on ballot return envelopes, ballot declarations, or signature correction forms. The secretary of state, by rule, may authorize in-person inspection of unredacted ballot return envelopes, ballot declarations, and signature correction forms in accordance with section 2 of this act.

(b) The exemptions specified in (a) of this subsection do not include information or records pertaining to security breaches, except as prohibited from disclosure pursuant to RCW 29A.12.200.

(c) The exemptions specified in (a) of this subsection do not prohibit an audit authorized or required under Title 29A RCW from being conducted.

NEW SECTION. **Sec. 2.** A new section is added to chapter 29A.04 RCW to read as follows:

(1) In accordance with RCW 42.56.420, the following are exempt from disclosure:

(a) Voter signatures on ballot return envelopes, ballot declarations, and signature correction forms, including the original documents, copies, and electronic images; and

(b) A voter's phone number and email address contained on ballot return envelopes, ballot declarations, or signature correction forms.

(2) The secretary of state may, by rule, authorize in-person inspection of unredacted ballot return envelopes, ballot declarations, and signature correction forms. Except as provided under subsection (3) of this section, a person may not photocopy, photograph, or otherwise reproduce an image of the ballot return envelope, ballot declaration, or signature correction form. When inspecting a ballot return envelope, ballot declaration, or signature correction form in person, a person may not carry with them any materials or devices that could be used to record any voter

1  information found on the ballot return envelope, ballot declaration,
2  or signature correction form.
3      (3) Nothing in this section or RCW 42.56.420(7)(a)(iii) prevents
4  disclosure of any information on ballot return envelopes, ballot
5  declarations, or signature correction forms, other than a voter's
6  signature, phone numbers, and email addresses. Nothing in this
7  section prevents election officials from disclosing information
8  listed in subsection (1) of this section for official purposes. The
9  secretary of state may adopt rules identifying official purposes for
10 which a voter's signature, phone numbers, and email addresses may be
11 disclosed.
12     (4) For purposes of this section, "signature correction form"
13 means any form submitted by a voter for the purpose of curing a
14 missing or mismatched signature on a ballot declaration or otherwise
15 updating the voter signature.

16     <u>NEW SECTION.</u>  **Sec. 3.**  The exemptions in sections 1 and 2 of this
17 act apply to any public records request made prior to the effective
18 date of this section for which disclosure of records has not already
19 been completed.

20     <u>NEW SECTION.</u>  **Sec. 4.**  This act is necessary for the immediate
21 preservation of the public peace, health, or safety, or support of
22 the state government and its existing public institutions, and takes
23 effect immediately.

        Passed by the House February 9, 2022.
        Passed by the Senate March 2, 2022.
        Approved by the Governor March 24, 2022.
        Filed in Office of Secretary of State March 24, 2022.

                        --- END ---