THE HONORABLE JUDGE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON ELECTION INTEGRITY COALITION UNITED, a Washington State Nonprofit Corporation; DOUG BASLER; HOWARD FERGUSON; DIANA BASS; TIMOFEY SAMOYLENKO; AMY BEHOPE; MARY HALLOWELL; SAMANTHA BUCARI; RONALD STEWART; LYDIA ZIBIN; CATHERINE DODSON,<br><br>Plaintiffs,<br><br>v.<br><br>JULIE WISE, Director of King County Elections; KING COUNTY, and DOES 1-30, inclusive,<br><br>Defendants,<br><br>and<br><br>WASHINGTON STATE DEMOCRATIC CENTRAL COMMITTEE,<br><br>Proposed Intervenor Defendant. | No. 2:21-cv-01394-LK<br><br>PROPOSED INTERVENOR DEFENDANT WASHINGTON STATE DEMOCRATIC CENTRAL COMMITTEE'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY |

Proposed Intervenor Washington State Democratic Central Committee ("WSDCC") submits this Second Notice of Supplemental Authority to aid this Court in adjudicating WSDCC's Motion to Intervene and, if allowed intervention, its proposed Motion to Dismiss. *See* ECF Nos. 14, 14-1.

WASHINGTON STATE DEMOCRATIC CENTRAL COMMITTEE'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY (NO. 2:21-CV-01394-LK) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Plaintiff Washington Election Integrity Coalition United ("WEiCU") filed a petition in the Washington Supreme Court alleging that Governor Jay Inslee violated the Constitution by "pressure[ing]" employees of the Department of Licensing to register non-citizens to vote and disciplining employees who pushed back. *See* Attach. A. WEiCU asked the court to issue a mandate to "verify the United States citizenship for each voter registered" in Washington and for the removal of any non-citizens from the voter databases. *See id.* at 10. The Court promptly dismissed the case and awarded attorneys' fees to the state as a sanction, in the amount of $28,384.70. *See* Attach. B, C. Washington's Solicitor General subsequently filed a bar complaint against WEiCU's counsel, Virginia Shogren, stating that there is "no meaningful dispute that Ms. Shogren's legal arguments were frivolous" and that she had "specific knowledge that the legal arguments about certain essential elements were frivolous." *See* Attach. D at 2.  He added that "unfounded and baseless allegations, like those made by Ms. Shogren have the predictable effect of undermining the public's faith in our democratic institutions." *See id.*

Dated:  June 30, 2022

*s/ Reina A. Almon-Griffin*
Reina A. Almon-Griffin, WSBA No. 54651
RAlmon-Griffin@perkinscoie.com
Kevin J. Hamilton, WSBA No. 15648
KHamilton@perkinscoie.com
Amanda J. Beane, WSBA No. 33070
ABeane@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone 206.359.8000
Facsimile 206.359.9000

*Attorneys for Proposed Intervenor Washington State Democratic Central Committee*

WASHINGTON STATE DEMOCRATIC CENTRAL COMMITTEE'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY (NO. 2:21-CV-01394-LK) – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# **CERTIFICATE OF SERVICE**

On June 30, 2022, I caused to be served upon the below named counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the foregoing document.

| | |
|---|---|
| Ann Marie Summers<br>King County Prosecuting Attorney's Office (2ND AVE)<br>1191 2ND AVE<br>STE 1700<br>SEATTLE, WA 98101<br>Phone: 206-477-1120<br>Email: ann.summers@kingcounty.gov | ☐ Via hand delivery<br>☐ Via U.S. Mail, 1st Class, Postage Prepaid<br>☐ Via Overnight Delivery<br>☐ Via Facsimile<br>☑ Via Eservice |

Mari Isaacson
King County Prosecuting Attorney's Office (2ND AVE)
1191 2ND AVE
STE 1700
SEATTLE, WA 98101
Phone: 206-477-1120
Email: mari.isaacson@kingcounty.gov

David JW Hackett
King County Prosecuting Attorney's Office (2ND AVE)
1191 2ND AVE
STE 1700
SEATTLE, WA 98101
Phone: 206-477-1892
Fax: 206-296-8819
Email: david.hackett@kingcounty.gov

Virginia Pearson Shogren
VIRGINIA P SHOGREN PC
961 W OAK COURT
SEQUIM, WA 98382
360-461-5551

CERTIFICATE OF SERVICE – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| Email: vshogren@gmail.com | |
| Doug Basler<br>1851 Central Place S, Ste. 123<br>Kent, WA 98032<br>206-601-3133 | ☐ Via hand delivery<br>☑ Via U.S. Mail, 1st Class, Postage Prepaid<br>☐ Via Overnight Delivery<br>☐ Via Facsimile<br>☐ Via Eservice |
| Howard Ferguson<br>4357 13th Ave. S.<br>Seattle, WA 98108<br>206-898-2696 | |
| Diana Bass<br>P. O. Box 7364<br>Bellevue, WA 98008<br>425-649-9765 | |
| Timofey Samoylenko<br>1921 R St NE<br>Auburn, WA 98002<br>206-305-3692 | |
| Mary Hallowell<br>17505 462nd Ave SE<br>North Bend, WA 98045<br>425-888-2208 | |
| Samantha Bucari<br>3546 S 244th St<br>Kent, WA 98032<br>253-653-7553 | |
| Ronald Stewart<br>29506 51st Ave S<br>Auburn, WA 98001<br>206-790-8187 | |

CERTIFICATE OF SERVICE – 2

Lydia Zibin
254 145th PL SE
Bellevue, WA 98007
425-894-1467

Catherine Dodson
42131-212th Ave SE
Enumclaw, WA 98022
253-709-3339

**I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.**

EXECUTED at Seattle, Washington, on June 30, 2022.

*s/ Reina A. Almon-Griffin*
Reina A. Almon-Griffin, WSBA No. 54651

CERTIFICATE OF SERVICE – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000